POLSTEIN v. MORSE.

(Supreme Court, Appellate Term, First Department. December 30, 1915.)

TRIAL ⊙139—QUESTIONS FOR JURY—DIRECTION OF VERDICT.

Where the testimony of one of the parties raises a question of fact, the question is for the jury, and it is error to direct a verdict.

[Ed. Note.—For other cases, see Trial, Cent. Dig. §§ 332, 333, 338–341, 365; Dec. Dig. ⊙139.]

⊙For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Appeal from Municipal Court, Borough of Manhattan, Fifth District. .

Action by Isaac Polstein against Perley Morse. From a judgment on directed verdict, defendant appeals. Reversed, and new trial ordered.

Argued December term, 1915, before GUY, PAGE, and PHIL-BIN, JJ.

Morris & Plante, of New York City (Guthrie B. Plante, of New York City, of counsel), for appellant.

George O. Sayer, of New York City, for respondent.

PAGE, J. The testimony of the defendant that he gave notice of the disorderly acts of the other tenants to Mr. Harding raised an important issue of fact for the determination of the jury. The verdict should not have been directed by the court.

Judgment reversed, and new trial ordered, with $30 costs to the appellant to abide the event. All concur.